IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CALEB REEVES PLAINTIFF

v. Case No. 6:26-cv-6072

WARDEN WHITE, *et al.* DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation (ECF No. 9) filed July 28, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Judge Ford recommends that this case be dismissed without prejudice for failure to comply with a Court order and failure to prosecute this case. *See* Fed. R. Civ. P. 41(b).

No party has filed objections to the Report and Recommendation (ECF No. 9), and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Therefore, the Court adopts the Report and Recommendation (ECF No. 9) in its entirety and finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 31st day of August, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge